1  Sean D. Beatty (Bar No. 155328)
   *sbeatty@beattymyers.com*
2  John W. Myers IV (Bar No. 179975)
   *jmyers@beattymyers.com*
3  BEATTY & MYERS, LLP
   444 West Ocean Boulevard, Suite 900
4  Long Beach, California 90802
   Telephone:  (562) 606-1530
5  Fax:        (562) 268-1141

6  Attorneys for defendant Toyota Motor Sales, U.S.A., Inc.

7

8                **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATALIA R. GARCIA,                  Case No.

12              Plaintiff,             **NOTICE OF REMOVAL BY
                                       DEFENDANT TOYOTA MOTOR**
13 v.                                  **SALES, U.S.A., INC. PURSUANT
                                       TO 15 U.S.C. §§ 2301 ET SEQ.**
14 TOYOTA MOTOR SALES, U.S.A.,
   INC., and DOES 1 through 10, inclusive,
15
              Defendants.
16

17

18

19

20 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21        PLEASE TAKE NOTICE THAT, pursuant to 15 U.S.C. §§ 2301 et seq.,

22 defendant Toyota Motor Sales, U.S.A., Inc., ("TMS"), by and through their

23 undersigned counsel, give notice that they are removing this action, entitled

24 *Natalia R. Garcia v. Toyota Motor Sales, U.S.A., Inc.,* No. 21CV00619, currently

25 pending in the Superior Court of California, County of Butte, to the United States

26 District Court for the Eastern District of California.  The United States District

27 Court for the Eastern District of California has original jurisdiction over this action

28 pursuant to 28 U.S.C. § 1441(a), and this action may be removed to this court

TMS2111790\PLEADINGS\FEDERAL\RPET01
                                   1

pursuant to 28 pursuant to U.S.C. §1446(a), because the action is currently pending in the California Superior Court for the County of Butte.

## PROCEDURAL FACTS

1.    On March 12, 2021, Plaintiff Natalia Garcia filed a Complaint against TMS ("Defendant") in the Superior Court of the State of California, County of Butte, entitled *Natalia R. Garcia v. Toyota Motor Sales, U.S.A., Inc.* and identified as Case No. 21CV00619.  Attached as Exhibit A, is a true and correct copy of the Complaint.

2.    The Superior Court of California, County of Butte, is located within the geographical boundaries of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(c)(2); 28 U.S.C. § 1441(a).

3.    In accordance with 28 U.S.C. § 1446(d), Defendant will serve plaintiff with a copy of this Notice of Removal, and the Notice of Filing of Notice of Removal and supporting papers it is filing with the Clerk of the Superior Court of California, County of Butte.

## BACKGROUND FACTS

4.    Plaintiff's action is based upon alleged defects in her 2021 Toyota Supra VIN WZ1DB0C06MW036836 ("Vehicle").  Plaintiff alleges her Vehicle needed an engine replacement.  Complaint, paras. 5-6.  Plaintiff alleges that TMS was "unable to conform Plaintiff's vehicle to the applicable express in violation of the federal Magnuson-Moss Warranty Act ("Magnuson-Moss"); and that TMS breached the implied warranty of merchantability under Magnuson-Moss.  TMS is also sued for breaches of express and implied warranty obligations under California's Song-Beverly Consumer Warranty Act, found at California Civil Code section 1790, et seq.  All causes of action are based on the vehicle's engine defect. See Complaint, paras. 9-10, 16, 24, 30 and 37.  She does not allege that she has sustained any personal injuries in connection with the alleged engine defect.

///

TMS2111790\PLEADINGS\FEDERAL\RPET01

2

NOTICE OF REMOVAL BY DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO 15 U.S.C. §§ 2301 ET SEQ.

1

**TIMELINESS OF REMOVAL**

2

5.      Pursuant to 28 U.S.C. §1446(b), Defendant files this Notice of

3

Removal within thirty days of service of the Summons and Complaint.  In *Destfino*

4

*v. Reiswig* (9th Cir. 2011) 630 F.3d 952, the Ninth Circuit of the United States

5

Court of Appeals held that "each defendant is entitled to thirty days to exercise his

6

removal rights after being served." *Id.* at 956.  Plaintiff served TMS with the

7

Summons and Complaint on March 31, 2021.  TMS has filed this Notice of

8

Removal within thirty days after being served.  Defendant, therefore, has timely

9

removed this action.

10

**STATEMENT OF CONSENT**

11

6.      As evidenced below, TMS consents to the removal.  TMS is not

12

required to investigate the identity of the unnamed DOE defendants, or obtain their

13

consent for removal.  *See Necombe v. Adolf Coors Co.* (9th Cir. 1998) 157 F.3d

14

686, 690-91; 28 U.S.C. § 1441(a).

15

**REMOVAL BASED ON FEDERAL QUESTION JURISDICTION AS**

16

**PLAINTIFF STATES CLAIMS ARISING UNDER FEDERAL LAW**

17

7.      "The district courts shall have original jurisdiction of all civil actions

18

arising under the Constitution, laws, or treaties of the United States."  28 U.S.C.

19

§1331.

20

8.      An action "arises under" federal law, within the meaning of §1331, if

21

federal law creates the cause of action and/or grants federal jurisdiction to hear the

22

case.  (*Empire Healthchoice Assur., Inc. v. McVeigh* (2006) 547 U.S. 677, 690.)

23

The "arising under" cause of action is satisfied whenever federal law creates the

24

cause of action, expressly or impliedly.  Although one of several claims does not

25

"arise under" federal law, removal is still appropriate if that claim is transactionally

26

related (i.e., "supplemental") to at least one substantial federal claim.  (*Zuniga v.*

27

*Blue Cross & Blue Shield of Michigan* (6th Cir. 1995) 52 F.3d 1395.)

28

9.      Here, federal law expressly creates some of the claims brought by

TMS2111790\PLEADINGS\FEDERAL\RPET01

3

NOTICE OF REMOVAL BY DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO 15 U.S.C. §§ 2301 ET SEQ.

plaintiff. Plaintiff alleges, among other things, that she has suffered damages because TMS breached express and implied warranty obligations under the Federal Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, et seq. The Magnuson-Moss Warranty Act (codified at 15 U.S.C. 2301, et seq.) is a federal statute that governs warranties on consumer products.  Plaintiff's claims under the Magnuson-Moss Warranty Act are expressly created by a federal statute, and thus arise under "the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.  Therefore, this Court has original jurisdiction over such claims.

10.    The amount in controversy requirement imbedded in Magnuson-Moss is easily met here for this vehicle, as the purchase contract shows a total sales price, including finance charges, of over $58,000.  A true and correct copy of the California Code of Civil Procedure section 998 Offer to Compromise, served by plaintiff with the Complaint and which includes as an exhibit a copy of the purchase contract for the subject vehicle, is attached as Exhibit B.  Plaintiff alleges an entitlement to rescission and restitution, incidental and consequential damages and attorney's fees. Plaintiff specifically alleges that she "is entitled to restitution of all consideration given" which includes the entire amount paid for the vehicle. She also alleges that she is entitled to a civil penalty of twice her actual damages. See Complaint, paras. 12-13, 18-19, 26, 40 and Prayer.

11.    The Court should exercise supplemental jurisdiction over the remaining Song-Beverly Act claims, which are related to the same vehicle/warranty transaction, the same allegations of defects, and the same vehicle service/repair history as the Magnuson-Moss Warranty Act claims.  *See* 28 U.S.C. § 1367(a); *City of Chicago v. International College of Surgeons* (1997) 522 U.S. 156, 165.

11.    By filing this Notice of Removal, TMS does not waive, either expressly or impliedly, any defense, affirmative defense, or motion that may be available or concede that plaintiff is entitled to any of the damages she claims.

TMS2111790\PLEADINGS\FEDERAL\RPET01                                      4

NOTICE OF REMOVAL BY DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO 15 U.S.C. §§ 2301 ET SEQ.

1      12.    **WHEREFORE**, defendant TMS removes this action from the

2  Superior Court, in and for the County of Butte, California, to the United States

3  District Court for the Eastern District of California.

4

5

        Dated: April 29, 2021        BEATTY & MYERS, LLP

6

7

8                                SEAN D. BEATTY
                              JOHN W. MYERS IV

9                                Attorneys for defendant Toyota Motor Sales,
                              U.S.A., Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF REMOVAL BY DEFENDANT TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO 15 U.S.C. §§ 2301 ET SEQ.**

# EXHIBIT "A"

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TOYOTA MOTOR SALES, U.S.A., INC., and DOES 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
NATALIA R GARCIA,

F
I
L
E
D

Superior Court of California
County of Butte

3/16/2021

Kimberly Flener, Clerk
By _____
*Electronically FILED*   Deputy

F
I
L
E
D

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* BUTTE COUNTY<br>1775 Concord Avenue, Chico, CA  95928 | CASE NUMBER:<br>*(Número del Caso):* **21CV00619** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Patrea R. Bullock, Esq. SBN 171335,  9142 52nd Lane NE, Olympia, WA  98516  916-878-0161

| DATE: **3/17/2021**<br>*(Fecha)* | Kimberly Flener | Clerk, by<br>*(Secretario)* | _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* TOYOTA MOTOR SALES, U.S.A., INC.

   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):* 3/31/21

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Patrea R. Bullock, Esq. SBN 171335<br>Law Offices of Patrea R. Bullock PS<br>9142 52nd Lane NE<br>Olympia, WA 98516<br>TELEPHONE NO.: 916-878-0161  FAX NO.: 855-520-1690<br>ATTORNEY FOR *(Name):* Plaintiff, Natalia R. Garcia | **FOR COURT USE ONLY**<br><br>**F I L E D**<br>Superior Court of California<br>County of Butte<br><br>3/16/2021<br><br>Kimberly Flener, Clerk<br>By _____ Deputy<br>*Electronically FILED* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** BUTTE
STREET ADDRESS: 1775 Concord Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chico, CA 95928
BRANCH NAME:

CASE NAME:
NATALIA R GARCIA V. TOYOTA MOTOR SALES, U.S.A., INC.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ✔ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **21CV00619**<br><br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
✔ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ✔ is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ✔ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* Six
5. This case ☐ is  ✔ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: March 17, 2021
Patrea R. Bullock, Esq
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov*

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

1  PATREA R. BULLOCK, SBN 171335
   LAW OFFICES OF PATREA R. BULLOCK PS
2  Email: Attorney@CaliforniaLemonLawExpert.com
   9142 52ND Lane NE
3  Olympia, WA 98516
   Telephone: (916) 878-0161
4  Facsimile: (855) 520-1690

5

6  Attorney for Plaintiff, Natalia R. Garcia

7

8                    SUPERIOR COURT OF CALIFORNIA

                         COUNTY OF BUTTE
9

10 NATALIA R. GARCIA,                 ) Case No: 21CV00619
                                      ) Judge:
11          Plaintiffs,               ) Dept:
                                      )
12 vs.                                )
                                      )
13 TOYOTA MOTOR SALES, U.S.A.,        ) **COMPLAINT FOR VIOLATION OF**
   INC., and DOES 1 through 10        ) **STATUTORY OBLIGATIONS**
14 inclusive,                         )
                                      ) **JURY TRIAL DEMANDED**
15          Defendants.               )
                                      )
16 _____)

17

18      Plaintiffs alleges as follows:

19                         **PARTIES**

20      1.    As used in this Complaint, the word "Plaintiff" shall

21 refer to Plaintiff, NATALIA R. GARCIA.

22      2.    Plaintiff is a resident of BUTTE County, California.

23      3.    As used in this Complaint, the word "Defendant" shall

24 refer to all Defendants named in this Complaint.

25      4.    Defendant is a corporation organized and in existence

26 under the laws of the State of California and registered with

27

28                              1

                    **COMPLAINT; JURY TRIAL DEMAND**

---

Superior Court of Califomia
County of Butte

**F I L E D**

3/16/2021

Kimberly Flener, Clerk
By _____ Deputy
Electronically FILED

the California Department of Corporations to conduct business in California.

5.   At all times relevant herein, Defendant was engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing and selling automobiles and other motor vehicles and motor vehicle components in this court's jurisdictional County.

6.   Plaintiffs do not know the true names and capacities of the Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant to Code of Civil Procedure section 474. When Plaintiffs become aware of the true names and capacities of the Defendants sued as DOES 1 TO 10, Plaintiffs will amend this Complaint to state their true names and capacities.

### FIRST CAUSE OF ACTION
### BY PLAINTIFF AGAINST DEFENDANT
### VIOLATION OF SUBDIVIDION (D) OF CIVIL CODE SECTION 1793.2

7.   On or about October 23, 2020, Plaintiff purchased a 2021 TOYOTA SUPRA, vehicle identification number WZ1DB0C06MWJ036836 as a new vehicle (hereinafter "Vehicle") which was manufactured and or distributed by Defendant. The Vehicle was purchased for personal, family or household purposes. Plaintiffs purchased the Vehicle from a person or entity engaged in the business of manufacturing, distributing or selling consumer goods at retail.

8.   In connection with the purchase, Plaintiffs received an express written warranty in which Defendant undertook to preserve or maintain the utility or performance of the Vehicle

2

or to provide compensation if there is a failure in utility or
performance for a specified period of time.  The warranty
provided, in relevant part, that in the event a defect
developed with the Vehicle during the warranty period,
Plaintiffs could deliver the Vehicle for repair services to
Defendant's representative and the Vehicle would be repaired.

9.    During the warranty period, the Vehicle contained or
developed defects, including but not limited to, DEFECTS IN THE
ENGINE. Said defects substantially impair the use, value or
safety of the Vehicle.

10.   Defendant and its representatives in this state have been
unable to service or repair the Vehicle to conform to the
applicable express warranties after a reasonable number of
opportunities.  Despite this fact, Defendant failed to promptly
replace the Vehicle or make restitution to Plaintiff as
required by Civil Code section 1793.2, subdivision (d) and
Civil Code section 1793.1, subdivision (a)(2).

11.   Plaintiffs have been damaged by Defendant's failure to
comply with its obligations pursuant to Civil Code section
1793.2, subdivision (d) and Civil Code section 1793.1,
subdivision (a)(2), and therefore brings this cause of action
pursuant to Civil Code section 1794.

12.   Defendant's failure to comply with its obligation under
Civil Code section 1793.2, subdivision (d) was willful, in that
Defendant and its representative were aware that they were
unable to service or repair the Vehicle to conform to the
applicable express warranties after a reasonable number of

3

repair attempts, yet Defendant failed to and/or refused to promptly replace the Vehicle or make restitution.  Accordingly, Plaintiff is entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794, subdivision (c).

13.   Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22.  Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

14.   Plaintiffs seeks civil penalties pursuant to section 1794, subdivisions (c) and (e)in the alternative and does not seek to cumulate civil penalties, as provided in Civil Code section 1794, subdivision (f).

**SECOND CAUSE OF ACTION**
**BY PLAINTIFF AGAINST DEFENDANT**
**VIOLATION OF SUBDIVIDION (B) OF CIVIL CODE SECTION 1793.2**

15.   Plaintiffs incorporates by reference the allegations contained in the paragraphs set forth above.

16.   Although Plaintiffs presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiff did not extend the time for completion of repairs beyond the 30-day requirement.

4

17.   Plaintiffs have been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

18.   Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle and has exercised a right to cancel the sale.  By serving this Complaint, Plaintiffs do so again.  Accordingly, Plaintiffs seeks the remedies provided in California Civil Code section 1794(b)(1), including the entire purchase price.  In the alternative, Plaintiffs seeks the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects.  Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis.*

19.   Defendant's failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiff's actual damages pursuant to Civil Code section 1794(c).

<p style="text-align:center"><b>THIRD CAUSE OF ACTION<br>BY PLAINTIFF AGAINST DEFENDANT<br>VIOLATION OF SUBDIVIDION (A)(3) OF CIVIL CODE SECTION 1793.2</b></p>

20.   Plaintiffs incorporates by reference the allegations contained in paragraphs set forth above.

<div style="text-align:center">5</div>

<div style="text-align:center"><b>COMPLAINT; JURY TRIAL DEMAND</b></div>

21.   In violation of Civil Code section 1793.2, subdivision
(a)(3), Defendant failed to make available to its authorized
service and repair facilities sufficient service literature and
replacement parts to effect repairs during the express warranty
period.  Plaintiffs have been damaged by Defendant's failure to
comply with its obligations pursuant to Civil Code section
1793.2(a)(3), and therefore brings this Cause of Action
pursuant to Civil Code section 1794.

22.   Defendant's failure to comply with its obligations under
Civil Code section 1793.2, subdivision (a)(3) was willful, in
that Defendant knew of its obligation to provide literature and
replacement parts sufficient to allow its repair facilities to
effect repairs during the warranty period, yet Defendant failed
to take any action to correct its failure to comply with the
law.  Accordingly, Plaintiffs are entitled to a civil penalty
of two times Plaintiff's actual damages; pursuant to Civil Code
section 1794(c).

### FOURTH CAUSE OF ACTION
### BY PLAINTIFF AGAINST DEFENDANT
### BREACH OF EXPRESS WRITTEN WARRANTY
### CIVIL CODE SECTIONS 1791.2, SUBD.(a);1794

23.   Plaintiffs incorporates by reference the allegations
contained in paragraphs set forth above.

24.   In accordance with Defendant's warranty, Plaintiffs
delivered the Vehicle to Defendant's representative in this
state to perform warranty repairs.  Plaintiffs did so within a
reasonable time.  Each time Plaintiffs delivered the Vehicle,
Plaintiffs notified Defendant and its representative of the

6

characteristics of the Defects.  However, the representative failed to repair the Vehicle, breaching the terms of the written warranty on each occasion.

25.   Plaintiffs have been damaged by Defendant's failure to comply with its obligations under the express warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

26.   Defendant's failure to comply with its obligations under the express warranty was willful, in that Defendant and its authorized representative were aware that they were obligated to repair the Defects, but they intentionally refused to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794(c).

## FIFTH CAUSE OF ACTION
### BY PLAINTIFF AGAINST DEFENDANT
### BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
### CIVIL CODE SECTIONS 1791.1 AND 1794

27.   Plaintiffs incorporates by reference the allegations contained in paragraphs set forth above.

28.   Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one year.

29.   Pursuant to Civil Code Section 1791.1(a), the implied warranty of merchantability means and includes that the Vehicle

7

will comply with each of the following requirements: (1) The Vehicle will pass without objection in the trade under the contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged and labeled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

30.   On or about October 23, 2020, or within one year thereafter, the Vehicle contained or developed the defects set forth above.  The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged and labeled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

31.   Plaintiffs have been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

### SIXTH CAUSE OF ACTION
### BY PLAINTIFF AGAINST DEFENDANT
### VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT

32.   Plaintiffs incorporates by reference the allegations contained in paragraphs set forth above.

8

33.   Plaintiffs are a "consumer" as defined in the Magnuson-Moss Act (referred to as "Mag-Moss"), 15 U.S.C section 2301(3).

34.   Defendant is a "supplier" and "warrantor" as defined in the Mag-Moss Act., 15 U.S.C. section 2301(4), 15 U.S.C. section 2301(5).

35.   The Vehicle is a "consumer product" as defined in the Mag-Moss Act, 15 U.S.C. section 2301 (1).

36.   In addition to the express warranty, in connection with the sale of the Vehicle to Plaintiffs, an implied warranty of merchantability was created under California law.   The vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on the vehicle; thus any purported disclaimers were ineffective pursuant to 15 U.S.C. section 2308(c).

37.   Defendant violated the Mag-Moss Act when it breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to replace the vehicle.

38.   Plaintiffs performed all terms, conditions, covenants, promises and obligations required to be performed on Plaintiffs' part under the terms of the purchase agreement, express warranty and implied warranty, except for those terms, conditions, covenants promises and obligations or payments for which performance and/or compliance has been excused by the acts and/or conduct of the Defendant and/or by operation of law.

39.   As a direct and proximate result of the acts and omissions of the Defendant, Plaintiffs have been damaged in the

9

form of general, special and actual damages in an amount within the jurisdiction of this Court, according to proof at trial.

40.    Under the Act, Plaintiffs are entitled to reimbursement of the entire amount paid or payable.

41.    Plaintiffs are entitled to all incidental, consequential and general damages resulting from Defendant's failure to comply with their obligations under the Mag-Moss Act.

42.    Plaintiffs are entitled under the Mag-Moss Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. section 2310(d)(2).

**PRAYER**

PLAINTIFF PRAYS for judgment against Defendant as follows:

       a. For Plaintiffs' actual damages in the amount according to proof at trial;

       b. For restitution;

       c. For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

       d. For any consequential and incidental damages;

       e. For costs of the suit and Plaintiff's reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

       f. For prejudgment interest at the legal rate; and

10

g. For such other relief as the Court may deem
   proper.

### **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all causes of action asserted herein.

Dated: March 17, 2020

By: _____
   PATREA R. BULLOCK
   Attorney for Plaintiffs

11

**COMPLAINT; JURY TRIAL DEMAND**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address):*   TELEPHONE NO: | *FOR COURT USE ONLY* |
|---|---|
| ATTORNEY FOR *(Name):* | F I L E D |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE**

☐ Butte County Courthouse
One Court Street, Oroville, CA 95965
(530) 532-7002

■ North Butte County Courthouse
1775 Concord Avenue, Chico, CA 95928
(530) 532-7009

PLAINTIFF(S):   NATALIA R GARCIA

DEFENDANT (S):   TOYOTA MOTOR SALES USA, INC

| **NOTICE OF ASSIGNMENT & CASE MANAGEMENT CONFERENCE** | CASE NUMBER: 21CV00619 |
|---|---|

*Superior Court of California*
*County of Butte*

**03/17/2021**

Kimberly Flener, Clerk

By _____ Deputy

---

1.   NOTICE is given of Assignment of the above entitled case for all purposes to Judge **Stephen E Benson**.

2.   NOTICE is given that the Case Management Conference is scheduled as follows:

Date: **September 08, 2021**   Time: **10:30 A.M.**   Court Facility: ■ CHICO (1775 CONCORD AVE, CHICO)

---

**PLAINTIFF/CROSS COMPLAINANT MUST SERVE THIS NOTICE WITH SUMMONS AND COMPLAINT/CROSS COMPLAINT**

---

3.   You **must** file and serve a completed Case Management Statement at least fifteen days before the conference.

4.   You **must** be familiar with the case and be fully prepared to participate effectively in the Case Management Conference by personal or telephonic appearance. (Telephonic appearances are arranged by calling Court Call at 1-888-882-6878).

5.   At the Case Management Conference, the court shall make pretrial orders, including but not limited to:

   a.   Establishing a discovery schedule.

   b.   Ordering the case to mediation or arbitration.

   c.   Dismissing fictitious defendants.

   d.   Scheduling exchange of expert witness information.

   e.   Setting subsequent conferences and the trial date.

   f.   Consolidating cases.

   g.   Severing trial of cross-complaints or bifurcating trial of issues.

   h.   Determining when demurrers, motions to strike and other motions are to be noticed.

**\* \* \* Note: Counsel and Parties Should Review CRC §3.720-3.730. \* \* \***

**Tentative Rulings:** Although not applicable to Case Management Conferences, the Court advises counsel that for law and motion matters, the Court follows the tentative ruling procedure set forth in CRC § 3.1308(a)(1) and in Local Rule 2.9: tentative rulings on law and motion matters will be available on the Court's website at www.buttecourt.ca.gov and by telephone at (530) 532-7022 by 3:00 p.m on the Court day preceding the hearing. By 4 p.m. that same day, a party must notify all other parties and the Court of their intention to argue. If timely notice is not given, no oral argument will be permitted unless the court has directed the parties to provide further argument in its tentative ruling.

---

**\* \* Sanctions \* \***

If you do not, (1) file the Case Management Statement, (2) attend the Case Management Conference personally or by telephone (or have counsel attend for you), and/or (3) you (or counsel appearing for you) do not participate effectively in the conference, the court may impose sanctions (including dismissal of the case and payment of money).

---

I declare under penalty of perjury that I am not a party to this action, am at least 18 years of age and that I personally mailed a copy of this Notice of Assignment & Case Management Conference with the conference date and hearing time inserted to Patrea Rose Bullock, a person representing the plaintiff/cross-complainant.

Date: March 17, 2021                    Kimberly Flener, Clerk of the Court, by Melissa Arguello, Deputy.

1  LAW OFFICES OF PATREA R. BULLOCK,PS
2  Email: Attorney@CaliforniaLemonLawExpert.com
   9142 52ND LANE NE
3  OLYMPIA WA 98516
   Telephone: (916) 878-0161
4  Faxsimile: (855) 520-1690

5  Attorney: Patrea R. Bullock, SBN 171335

6  Attorney for PLAINTIFFS

7

8                    SUPERIOR COURT OF CALIFORNIA

9                         COUNTY OF BUTTE

10

11 NATALIE R. GARCIA,              )  Case No: 21CV00619
                                   )
12           PLAINTIFFS,           )
                                   )
13 vs.                            )  **PLAINTIFFS' STATUTORY OFFER TO**
                                   )  **COMPROMISE PURSUANT TO C.C.P. 998**
14 TOYOTA MOTOR SALES, U.S.A.,     )
   INC., and DOES 1 through 10,    )
15 inclusive,                      )
                                   )
16           DEFENDANTS.           )
                                   )
17 _____ )

18     TO DEFENDANTS' ATTORNEYS OF RECORD:

19     PLEASE TAKE NOTICE, that pursuant to the provisions of Code of

20 Civil Procedure section 998 ("Statutory Offer"), PLAINTIFF **NATALIE**

21 **R. GARCIA ("PLAINTIFF")**, hereby offers to settle the above matter

22 as follows:

23
       1. **TOYOTA MOTOR SALES, U.S.A., INC.** ("TOYOTA") will pay **EIGHT**
24
          **THOUSAND TWO HUNDRED NINETY-FIVE DOLLARS AND TWENTY-SIX**
25
          **CENTS ($8,295.26)** in a check made payable to **NATALIE R.**
26

27

28                                    1
   _____
    PLAINTIFF'S STATUTORY OFFER TO COMPROMISE PURSUANT TO C.C.P. 998

1  GARCIA, C/O LAW OFFICE OF PATREA R. BULLOCK, PS, 9142 52nd
2  Lane NE Olympia WA 98516.
3  2. In addition, **TOYOTA** will pay to **BANK OF AMERICA** ("**LENDER**")
4  the payoff amount of **FIFTY-FOUR THOUSAND NINE HUNDRED**
5  **DOLLARS AND FIVE CENTS ($54,900.05) PLUS $8.98 PER DIEM FROM**
6  **MARCH 26, 2021 UNITL PAID OFF.**  Any overpayment caused by
7  this payment by **TOYOTA** to the LENDER will be refunded by
8  **LENDER** to **PLAINTIFF**.

9
10 3. **TOYOTA** will additionally pay **PLAINTIFFS'** attorneys' fees,
   expenses and costs in the amount of **FIVE THOUSAND FOUR**
11 **HUNDRED SIXTY TWO DOLLARS AND NINETEEN CENTS ($5,462.19)** or,
12 should the **$5,462.19** be refused by **TOYOTA**, **TOYOTA** is willing
13 to allow the COURT to determine, based on a motion filed
14 pursuant to Civil Code section 1794(d), the amounts of
15 attorneys' fees, expenses and costs reasonably incurred by
16 PLAINTIFFS' counsel in the commencement and prosecution of
17 this action, as provided by Civil Code section 1794(d).  In
18 ruling on PLAINTIFFS' fee and costs motion, and except as
19 otherwise provided in this paragraph, the fees, expenses and
20 costs amount shall be calculated as if PLAINTIFFS were found
21 to have prevailed in an action under section 1794(d) as of
22 the date of this statutory offer and PLAINTIFFS may recover
23 for fees and costs reasonably and actually incurred in
24 bringing such a motion. If **TOYOTA** agrees to **$5,462.19** in
25 fees and costs, **TOYOTA** will pay that amount within three (3)
26 days of the surrender of the vehicle or will additionally
27
28                                2

pay daily interest on same at the rate of 10% per year. Furthermore, if **TOYOTA** refuses to pay **$5,462.19** in fees and costs, making the fee motion necessary, **TOYOTA** will pay the attorney's fees and cost amounts determined by the COURT within 30 days' notice of the COURT's ruling on same or in addition, pay daily interest on same at the rate of 10% per year.

4. Under CCP Section 664.6, the court will retain jurisdiction over the case.

5. The checks to **PLAINTIFF** and **LENDER** will be mailed via tracked mail within three (3) days of the surrender of the Subject Vehicle as described below.

6. In exchange for the above consideration, Plaintiff shall transfer possession of the Subject Vehicle to **TOYOTA** and will execute such documents as are necessary to transfer possession of and clear title to the Subject Vehicle to **TOYOTA** on a mutually agreeable date, time and location.

7. **TOYOTA** will allow the surrender of the subject vehicle no later than 60 days from acceptance of this offer.

8. **TOYOTA** will waive all claims it may have for costs and fees in this action.

9. Once all amounts due pursuant to this agreement have been tendered and cleared the normal banking cycle, **PLAINTIFF** will dismiss this action in its entirety as against **TOYOTA** with prejudice.

3

1        10.   Pursuant to California Code of Civil Procedure section

2              998(b), this Statutory Offer can be accepted by signing a

3              statement that the offer is accepted. A statement indicating

4              acceptance of this Statutory Offer which may be signed by

5              counsel for **TOYOTA** is set forth below.

6        11.   If this Statutory Offer to compromise is not accepted and

7              notice given by **TOYOTA** within the time provided by Section

8              998 of the Code of Civil Procedure, then it shall be deemed

9              withdrawn.

10    PLEASE TAKE FURTHER NOTICE that failure to accept this

11  Statutory Offer will result in Plaintiff claiming all benefits

12  accruing to him under Code of Civil Procedure section 998 should

13  **TOYOTA** not achieve a more favorable result.

14    PLEASE TAKE FURTHER NOTICE that failure to accept this

15  Statutory Offer will result in PLAINTIFFS claiming pre-judgment

16  interest following judgement in this case.

17    This Statutory Offer shall remain open ten (10) days prior to

18  trial or within thirty (30) days from the date of service of this

19  Statutory Offer, whichever occurs first.

Dated:    March 30, 2021

By: _____

PATREA R. BULLOCK
Attorney for PLAINTIFF

4

ACCEPTANCE OF PLAINTIFF'S STATUTORY
OFFER TO COMPROMISE PURSUANT TO C.C.P. 998

I hereby accept the offer on the terms stated on behalf of
Defendant, **TOYOTA MOTOR SALES, U.S.A., INC.**

DATED:

By: _____

Attorney for Defendant,
**TOYOTA MOTOR SALES, INC.**

# EXHIBIT "B"



NATALIA R GARCIA - Internet Explorer

Interact NATALIA R GARCIA BANK OF AMERICA Log Out

Session
Active Research
NATALIA R GARCIA

SEARCH MOVE TO SESSION REMOVE

Accounts

| | | |
|---|---|---|
| -7797 | ATM | $0.00 |
| -4372 | ALI | $54,747.31 |
| -8712 | DDA | $3,320.43 |
| -1055 | SAV | $10,477.36 |

Top Opportunities
60 SECOND REVIEW
LBO COMINGLER SB DDA CAS
COLLEGE SAVINGS CONVERSA
RELATIONSHIP REVIEW

Options
Key Links
Associate Verification System
Refresh Profile
Smart Lobby
Maintenance
Appointments
Sales Tools
Inquiry/General Tools
Opportunities Management
Recent Customers

IDLE

**********4372 | ALI

General | General 2 | Transaction | Collateral/Insurance | Event History

CUSTOMER INFORMATION
Title/Address:

BALANCE INFORMATION
Principal Balance: $54,747.31
Original Loan: $57,974.31
60

PAY OFF

Payoff Details

| | | |
|---|---|---|
| As Of | | 3/26/2021 |
| Current Principal Balance | | $54,747.31 |
| Interest Due | + | $0.00 |
| Late Fees/BPP Fees Due | + | $0.00 |
| Other Fees Due | + | $0.00 |
| Credit Life Due | + | |
| Credit Life Rebate | + | $0.00 |
| Credit Disability(A&H) Rebate | - | $0.00 |
| Bank Placed Collateral Insurance Rebate | - | $0.00 |
| Bank Placed Flood Insurance Rebate | - | $0.00 |
| Other Rebate/BPP Rebate | - | $0.00 |
| Balance | - | $54,900.05 |
| Prepayment Penalty Fee | - | $0.00 |
| Payoff Amount | | $54,900.05 |
| Daily Finance Charge | | $8.98 |

CALCULATE

Copies: 1 PRINT OK

MATION
3/18/2021
MONTHLY
Principal & Interest
CURRENT

TION
/7/2021: $1,122.66
$0.00
$0.00
$0.00
$0.00
$1,122.66
$0.67
7
/7/2021: $1,122.66
nt: $0.00
pe: N/A

y ID
7987271

Banking Center Manager - Interact Location System
Copyright © 2021 Bank of America Corporation. All rights reserved.
For internal use only

3:31 PM

Scanned with CamScanner

Friday, March 26, 2021 3:31:52 PM - Greenshot

NATALIA R GARCIA - Internet Explorer

**Interact**　　　　　　　　　　　　　　　NATALIA R GARCIA　　　　　　　BANK OF AMERICA　Log Out

**Session**
Active.　　Research
NATALIA R GARCIA

| SEARCH | MOVE TO SESSION | REMOVE |

**Accounts**

| -7797 | ATM | $0.00 |
| -4372 | ALI | $54,747.31 |
| -8712 | DDA | $3,520.43 |
| -1055 | SAV | $10,477.36 |

**Top Opportunities**
60 SECOND REVIEW
LBO COMINGLER SB DDA CAS
COLLEGE SAVINGS CONVERSA
RELATIONSHIP REVIEW

**Options**
Key Links
　Associate Verification System
　Refresh Profile
　Smart Lobby
Maintenance
Appointments
Sales Tools
Inquiry/General Tools
Opportunities Management
Recent Customers

IDLE

**＊＊＊＊＊＊＊＊＊＊4372 | ALI**

General | General 2 | **Transaction** | Collateral/Insurance | Event History

**Search**

| TRANSACTION | AMOUNT | DATE |
| Type: Posted Trans. - All (ALS) | From: | From: 3/21/2021 |
| ☐ Since Last Statement | To: | To: 3/26/2021 |

RETRIEVE　RESET

**Results**

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 3/9/2021 | REGULAR PAYMENT | 1,124.00 | 54,747.31 |
| 1/27/2021 | REGULAR PAYMENT | 673.33 | 55,497.89 |
| 1/15/2021 | REGULAR PAYMENT | 450.00 | 56,060.82 |
| 12/29/2020 | ACCT F/M UPDATE | 0.00 | 56,252.68 |
| 12/18/2020 | REGULAR PAYMENT | 415.86 | 56,252.68 |
| 12/14/2020 | REGULAR PAYMENT | 400.80 | 56,631.47 |
| 12/10/2020 | ACCT F/M UPDATE | 0.00 | 56,967.01 |
| 12/7/2020 | Online payment | 300.00 | 56,967.01 |
| 11/13/2020 | REGULAR PAYMENT | 550.00 | 57,042.95 |
| 11/5/2020 | Online payment | 500.00 | 57,517.65 |
| 11/4/2020 | Online payment | 80.00 | 57,974.31 |
| 10/23/2020 | LOAN FUNDING | 56,192.56 | 57,974.31 |

ACCT DOCUMENTATION　　　　　　　　　　　　　　　MORE　　PRINT
Banking Center Manager - Interact　　Location　　System

Copyright © 2021 Bank of America Corporation. All rights reserved.　　　For internal use only

02 In...　4 ...　　　A...　P...　L...　S...　N...　L...　S...　S...　O...　02　　　　　　　　3:33 PM

Scanned with CamScanner

Friday, March 26, 2021 3:33:13 PM - Greenshot

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

Case 2:21-cv-00771-TLN-DMC Document 1 Filed 04/29/21 Page 32 of 32

Dealer Number 05152        Contract Number N/A        Stock Number

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| NATALIA R GARCIA | | CHUCK PATTERSON AUTOWORLD |
| 2R4 BORDEAUX CT UNIT 0 | | 200 East Ave |
| CHICO, CA 95973 BUTTE | | Chico, CA 95926 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2021 | TOYOTA SUPRA | 5 | WZ1DB0C06ML036836 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 7935.00 |
|---|---|---|---|---|
| 5.99 % | $ 9,425.49 | $ 57974.31 | $ 67399.80 | $ 77335.00 (e) |

(e) means an estimate

### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments | When Payments Are Due: |
|---|---|---|
| One Payment of | $ 0.00 | N/A |
| One Payment of | 0 | N/A |
| One Payment of | 0.00 | N/A |
| 59 | 1,123.33 | Monthly beginning 12/07/20 |
| N/A | 0.00 | N/A |

One final payment of 1123.33 due 11/07/25

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit.

**Vehicle Insurance**

| | | | Premium |
|---|---|---|---|
| $ N/A | Ded. Comp., Fire & Theft | N/A Yrs. | $ N/A |
| $ N/A | Ded. Collision | N/A Yrs. | $ N/A |
| Bodily Injury | $ N/A Limits | | $ N/A |
| Property Damage | N/A Limits | | $ N/A |
| Medical | $ N/A Limits | N/A Mos. | $ N/A |

Total Vehicle Insurance Premiums $ N/A

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _Nadien Grin_
Co-Buyer X
Seller X _CP GARCIA_

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in Item 1K of the itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term _60_ Mos.     CNA GAP
Debt Cancellation Agreement

I want to buy a debt cancellation agreement.
Buyer Signs X _Nadien Grin_

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1I.

| I1 Company | CONTINENTIAL NATION |
|---|---|
| Term 120 Mos. of 150,000 Miles |
| I2 Company N/A |
| Term N/A Mos. of N/A Miles |
| I3 Company N/A |
| Term N/A Mos. of N/A Miles |
| I4 Company N/A |
| Term N/A Mos. of N/A Miles |
| I5 Company N/A |
| Term N/A Mos. of N/A Miles |

Buyer X _Nadien Grin_

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories ... 58,640.00 (A)
      1. Cash Price Vehicle ... $ 58,640.00
      2. Cash Price Accessories ... N/A
      3. Other (Nontaxable)
         Describe N/A ... $ N/A
         Describe N/A ... $ N/A
   B. Document Processing Charge (not a governmental fee) ... $ 85.00 (B)
   C. Emissions Testing Charge (not a governmental fee) ... $ N/A (C)
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) N/A ... $ N/A (D1)
      2. (paid to) N/A ... $ N/A (D2)
      3. (paid to) N/A ... $ N/A (D3)
   E. (Optional) Surface Protection Product(s)
      1. (paid to) N/A ... $ N/A (E1)
      2. (paid to) N/A ... $ N/A (E2)
   F. EV Charging Station (paid to) N/A ... $ N/A (F)
   G. Sales Tax (on taxable items in A through F) ... $ 4,257.56 (G)
   H. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) MVSC ... $ 30.00 (H)
   I. (Optional) Service Contract(s)
      1. (paid to) CONTINENTIAL NATIONAL ... $ 3,295.00 (I1)
      2. (paid to) N/A ... $ N/A (I2)
      3. (paid to) N/A ... $ N/A (I3)
      4. (paid to) N/A ... $ N/A (I4)
      5. (paid to) N/A ... $ N/A (I5)
   J. Prior Credit or Lease Balance (e) paid by Seller to
      Vehicle 1 N/A Vehicle 2 N/A ... $ N/A (J)
      (see downpayment and trade-in calculation)
   K. (Optional) Debt Cancellation Agreement ... $ 995.00 (K)
   L. (Optional) Used Vehicle Contract Cancellation Option Agreement ... $ N/A (L)
   M. Other (paid to) N/A ... $ N/A (M)
      For N/A
   N. Other (paid to) N/A ... $ N/A (N)

Total Cash Price (A through N) ... $ 67,302.56 (1)

2. Amounts Paid to Public Officials
   A. Vehicle License Fees ... 382.00 (A) ESTIMATED
   B. Registration/Transfer/Titling Fees ... 261.00 (B) ESTIMATED
   C. California Tire Fees ... 8.75 (C)
   D. Other SMOG ABATEMENT FEE ... $ 20.00 (D)
   Total Official Fees (A through D) ... $ 671.7 (2)

3. Amount Paid to Insurance Companies

| Trade-In Vehicle(s) |
|---|
| 1. Vehicle 1 |
| Year N/A Make N/A Odometer N/A |
| Model N/A |
| VIN N/A |
| a. Agreed Value of Property $ N/A |
| b. Buyer/Co-Buyer Retained Trade Equity $ N/A |
| c. Agreed Value of Property Being Traded-In (a-b) $ N/A |
| d. Prior Credit or Lease Balance $ N/A |
| e. Net Trade-In (c-d) (must be ≥ 0) N/A for buyer/co-buyer to retain equity) $ N/A |
| 2. Vehicle 2 |
| Year N/A Make N/A |
| Model N/A Odometer N/A |
| VIN N/A |
| a. Agreed Value of Property $ N/A |
| b. Buyer/Co-Buyer Retained Trade Equity $ N/A |
| c. Agreed Value of Property Being Traded-In (a-b) $ N/A |
| d. Prior Credit or Lease Balance $ N/A |
| e. Net Trade-In (c-d) (must be ≥ 0 for buyer/co-buyer to retain equity) $ N/A |
| Total Agreed Value of Property Being Traded-In (1c+2c) $ N/A |
| Total Prior Credit or Lease Balance (1d+2d) $ N/A |
| Total Net Trade-In (1e+2e) (must be ≥ 0) N/A |

| | | |
|---|---|---|
| (paid to) ___ N/A | $ ___ N/A | |

G. Sales Tax (on taxable items in A through F)

H. Electronic Vehicle Registration or Transfer Charge ........ NVSC
(not a governmental fee) paid to ........ $ 30.00 (H)

I. (Optional) Service Contract(s)  CONTINENTAL NATIONAL ... $ 3,295.00 (I)
1. (paid to) ___ N/A ........ $ N/A
2. (paid to) ___ N/A ........ $ N/A
3. (paid to) ___ N/A ........ $ N/A
4. (paid to) ___ N/A ........ $ N/A (I)

J. Prior Credit or Lease Balance (e) paid by Seller to
Vehicle 1 ___ N/A ___ Vehicle 2 ___ N/A ___ $ N/A (J)
(see itemization and trade-in calculation)

K. (Optional) Debt Cancellation Agreement ........ $ 995.00 (K)

L. (Optional) Used Vehicle Contract Cancellation Option Agreement ........ $ N/A (L)

M. Other (paid to) ___ N/A ........ $ N/A (M)

N. Other (paid to) ___ ........ $ N/A (N)
For ___

Total Cash Price (A through N) ........ $ 67,302.5 (1)

2. Amounts Paid to Public Officials
A. Vehicle License Fees    ESTIMATED ........ $ 382.00 (A)
B. Registration/Transfer/Titling Fees  ESTIMATED ........ $ 261.00 (B)
C. California Tire Fees ........ $ 8.75 (C)
D. Other  SMOG ABATEMENT FEE ........ $ 20.00 (D)
Total Official Fees (A through D) ........ $ 671.7 (2)

3. Amount Paid to Insurance Companies
(Total premiums from Statement of Insurance) ........ $ N/A (3)

4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee ........ $ N/A (4)

5. Subtotal (1 through 4) ........ $ 67,974.2 (5)

6. Total Downpayment
A. Total Agreed Value of Property Being Traded-in (see Trade-in Vehicle(s)):
Vehicle 1 $ ___ N/A ___ Vehicle 2 $ ___ N/A ___ $ N/A (A)
B. Total Less Prior Credit or Lease Balance (s)
Vehicle 1 $ ___ N/A ___ Vehicle 2 $ ___ N/A ___ $ N/A (B)
C. Total Net Trade-in (A-B) (indicate if negative number)
Vehicle 1 $ ___ N/A ___ Vehicle 2 $ ___ N/A ___ $ N/A (C)
D. Deferred Downpayment Payable to Seller ........ $ N/A (D)
E. Manufacturer's Rebate ........ $ N/A (E)
F. Other ........ $ N/A (F)
G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card ........ $ 10,000.00 (G)
Total Downpayment (C through G) ........ $ 10,000.00 (6)
(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above)

7. Amount Financed (5 less 6) ........ $ 57,974.3 (7)

---

Buyer X _Nolan Carver_

Trade-In Vehicle(s)

1. Vehicle 1
Year ___ N/A ___ Make ___ N/A
Model ___ N/A ___ Odometer ___ N/A
VIN ___ N/A
a. Agreed Value of Property $ ___ N/A
b. Buyer/Co-Buyer Retained Trade Equity $ ___ N/A
c. Agreed Value of Property
Being Traded-in (a-b) $ ___ N/A
d. Prior Credit or Lease Balance $ ___ N/A
e. Net Trade-in (c-d) (must be ≥ 0
for buyer/co-buyer to retain equity) $ ___ N/A

2. Vehicle 2
Year ___ N/A ___ Make ___ N/A
Model ___ N/A ___ Odometer ___ N/A
VIN ___ N/A
a. Agreed Value of Property $ ___ N/A
b. Buyer/Co-Buyer Retained Trade Equity $ ___ N/A
c. Agreed Value of Property
Being Traded-in (a-b) $ ___ N/A
d. Prior Credit or Lease Balance $ ___ N/A
e. Net Trade-in (c-d) (must be ≥ 0
for buyer/co-buyer to retain equity) $ ___ N/A

Total Agreed Value of Property
Being Traded-in (1c+2c) $ ___ N/A
Total Prior Credit or Lease
Balance (1d+2d) $ ___ N/A
Total Net Trade-in (1e+2e) $ ___ N/A
(*See item 6A-6C in the Itemization of Amount Financed)

OPTION: ☐ You pay no finance charge if the
Amount Financed, Item 7, is paid in full on or
before ___ N/A ___, Year ___ N/A
SELLER'S INITIALS ___ N/A

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _Nolan Carver_
Co-Buyer Signs X ___ N/A

---

Trade-in Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), at its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s), Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-in Vehicle(s) or any refund.

Buyer Signature X ___ N/A

AUTO BROKER FEE DISCLOSURE
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: ___ N/A

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
Buyer Signs X _Nolan Carver_ Co-Buyer Signs X ___ N/A

SELLER'S RIGHT TO CANCEL If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.
Buyer X _Nolan Carver_

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT. SUBJECT TO THE SELLER, HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD. ...
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS ___ N/A
Buyer X ___ N/A ___ Co-Buyer X ___ N/A

___ N/A

Notice to buyer: (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.
If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, whichever has jurisdiction in this matter.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature X _Caitlin Carver_ Co-Buyer Signature X ___ N/A

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _Nolan Carver_ Date _10/23/20_ Co-Buyer Signature X ___ N/A ___ Date ___ N/A
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X ___ N/A ___ Address ___ N/A

GUARANTY: To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense of Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less than the Buyer than the total amount owing or (5) otherwise reach a settlement relating to the contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing. Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.
Guarantor X ___ N/A ___ Date ___ N/A ___ Guarantor X ___ N/A
Address ___ N/A ___ Address ___ N/A

Seller Signs ___ Date ___ By X ___ Title ___

LAW FORM NO. 553-CA-ARB Rev. 2/18
©2018 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com 1-800-344-0996, fax 1-800-531-9288
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER/TRUTH IN LENDING COPY

# STATE OF CALIFORNIA - DEPARTMENT OF MOTOR VEHICLES

# VALIDATED REGISTRATION CARD

| TYPE VEHICLE USE | REGISTRATION VALID FROM | TYPE | LICENSE NUMBER | ENGINE NUMBER |
|---|---|---|---|---|
| **AUTOMOBILE** | **10/23/2020 TO 10/24/2021** | **11** | **8TLA258** | |

| VEHICLE IDENTIFICATION NUMBER | MAKE | VLF CLASS | *YR | YR MODEL | TYPE VEH | DATE ISSUED |
|---|---|---|---|---|---|---|
| **WZ1DB0C06MW036836** | **TOYT** | **QL** | | **2021** | **110** | **12/02/2020** |

| BODY TYPE MODEL | YEAR FIRST SOLD | MP | AXLE | WC | UNLADEN/G/CGW | TOTAL FEES PAID | CC/ALCO |
|---|---|---|---|---|---|---|---|
| **2D** | **2020** | **G** | | | | **$ 659.00** | **04** |

| STICKER ISSUED | PRIOR HISTORY | PIC | DATE FEES RECEIVED | OFFICE/TECH ID/SEQ | MISC/EQ NO |
|---|---|---|---|---|---|
| **Z1550096** | | **4** | **11/11/2020** | **VA6C9 0021** | |

## STICKER INSTRUCTIONS

1) CLEAN SURFACE - SCRAPE OFF ACCUMULATED STICKERS (WILL NOT STICK IF WET OR DIRTY).

2) PEEL STICKER FROM BACKING BY BENDING SHEET AT "PEEL HERE" LINE.

3) PLACE STICKER ON REAR PLATE AS SHOWN BELOW.

EXCEPT: TRUCK TRACTORS AND COMMERCIAL VEHICLES WITH A DECLARED GROSS VEHICLE WEIGHT OF 10,000 LBS. OR MORE-MUST APPLY STICKER TO FRONT PLATE.

**REGISTERED OWNER**
GARCIA NATALIA R
284 BORDEAUX CT UNIT B

CHICO CA 95973
**LIENHOLDER**
BK AMER NA
PO BX 2759

JACKSONVILLE FL 32203

W  00000
R  00059
L  00382

A01 120220 11 8TLA258 836

YEAR: ——————
In Top Right Corner

MONTH. ——————
In Top Left Corner

CALIFORNIA

**8TLA258**

**(Important Instructions on Reverse Side)**